SUSAN H. GRANT
5301 North 25th Place
Phoenix, AZ 85016
(602) 508-0222
Plaintiff, pro se

FILED ✓    LODGED
RECEIVED    COPY

AUG 23 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M  DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SUSAN H. GRANT,

                              Plaintiff,

vs.

MULCAHY LAW FIRM, P.C.,

                              Defendant.

Civil Action No.

CV-12-1806-PHX-ROS

COMPLAINT and
JURY DEMAND

I. INTRODUCTION

1.      This is an action for actual and statutory damages brought by plaintiff Susan H.

Grant ("Susan Grant"), an individual consumer, against defendant Mulcahy Law Firm, P.C.

("Mulcahy"), for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 USC §1692, et

seq. which act prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

II. JURISDICTION AND VENUE

2.      The Court has jurisdiction over this action §under 15 USC §1692k(d).

3.      Venue in this District is proper in that Mulcahy transacts business here and the

conduct complained of occurred here.

III. PARTIES

4.      Susan Grant is a natural person. She resides in the City of Phoenix, County of

Maricopa, State of Arizona.

1

5.     Mulcahy is a professional corporation organized and existing under the laws of the State of Arizona.

6.     Mulcahy maintains its principal place of business at 3001 E. Camelback Road, Suite 130, Phoenix, Arizona.

7.     Mulcahy is a law firm.

8.     Among other activities, Mulcahy is engaged in the business of collecting debts.

9.     Mulcahy attempts to collect debts alleged to be due others using the mails, telephone, legal process, etc.

10.    Mulcahy regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

11.    Mulcahy is a "debt collector" as defined in the FDCPA, 15 USC §1692a(6).

IV. FACTUAL ALLEGATIONS

12.    Mulcahy sent a letter dated August 23, 2011 to Susan Grant. The letter demanded payment of a debt allegedly due the Colony-Biltmore Home Owners Association in the amount of $1,144.68. A copy of the letter is attached as Exhibit "A."

13.    Susan Grant received Exhibit A at her residence on or after August 24, 2011.

14.    The debt alleged in Exhibit A was incurred for personal, family, or household services, i.e. assessments and other charges imposed by the Colony Biltmore-Greens Homeowners Association, Inc.

15.    Exhibit A was the initial contact from Mulcahy regarding this alleged debt.

16.    Exhibit A does not contain any validation notice as required by the FDCPA,

17.    Mulcahy never sent Susan Grant any validation notice as required by the FDCPA.

18.     The amount of the alleged debt claimed in Exhibit A was not correct in that the amount in Exhibit A is overstated, and Susan Grant was not given credit for all payments that she had made.

19.     In Exhibit A, Mulcahy threatened Susan Grant with legal action when in fact no legal action was then contemplated.

20.     On January 10, 2012, Mulcahy commenced suit as the attorney for the Colony Biltmore-Greens Homeowners Association, Inc. against Susan Grant in the Arcadia Biltmore Justice Court of the State of Arizona, in and for the County of Maricopa, under no. CC 2012-00442RC. A copy of the summons and complaint is attached as Exhibit "B."

21.     Mulcahy still failed to verify the amount of the debt. The amount sued for was not correct in that the amount alleged in Exhibit B is overstated, and Susan Grant was not given credit for all payments that she had made.

22.     As a result of the acts alleged above, Susan Grant suffered embarrassment, headaches, and nausea, and she will do so until this matter is resolved; she has expended time and effort to correct Mulcahy's errors and she will continue to do so until this matter is resolved; she incurred expenses to correct Mulcahy's errors and she will continue to do so until this matter is resolved; she has expended time and incurred expenses to obtain redress for Mulcahy's violation of the law and she will continue to do so until this matter is resolved.

V.     CLAIM FOR RELIEF

23.     Grant repeats, realleges, and incorporates by reference paragraphs 1 through 22 of this complaint.

24.     Mulcahy violated the FDCPA. Mulcahy's violations include, but are not limited to the following:

3

a.   Mulcahy violated 15 USC §1692e by misrepresenting the amount of the debt due.

b.   Mulcahy violated 15 USC §1692e(5) by threatening and misrepresenting that legal action was imminent.

c.   Mulcahy violated 15 USC §1692f by its use of unfair or unconscionable means to collect or attempt to collect the debt.

d.   Mulcahy violated 15 USC §1692g by failing to include or give or the required validation notice, and by failing to validate the debt.

25.   As a result of these violations of the FDCPA, Mulcahy is liable to Grant for declaratory judgment that Mulcahy's conduct violated the FDCPA, and for actual damages, statutory damages, costs, and attorney's fees.

WHEREFORE, Susan Grant demands judgment against defendant Mulcahy Law Firm, PC for the following:

A. Actual damages in an amount to be proved at trial;

B. Statutory damages under 15 USC §1692k(a)(2);

C. Costs and reasonable attorney fees under 15 USC §1692k(a)(3); and

D. For such other and further relef as the Court may deem just and proper.

Dated: Phoenix Arizona
       August 22, 2012

_Susan H. Grant_
SUSAN H. GRANT

DEMAND FOR A JURY TRIAL

Please Take Notice that plaintiff Susan H. Grant demands trial by jury in this action.

_Susan H. Grant_
SUSAN H. GRANT

4

Exhibit "A"



## MULCAHY LAW FIRM, P.C.

Beth Mulcahy
Kristen Rosenbeck
Erin E. McManis

*association@mulcahylaw.net*

August 23, 2011

Susan Grant
5301 N 25th Place
Phoenix, AZ 85016

Susan Grant
2508 E San Miguel Ave
Phoenix, AZ 85016

RE:  **Association Name:**   *Colony Biltmore-Greens Homeowners Association, Inc.*
      **Owner Name:**        *Susan Grant*
      **Lot/Unit #:**        *358-1105*
      **Total Amount Due (as of the date of this letter):  $1,144.68**

Dear Susan Grant:

As you know, I represent Colony Biltmore-Greens Homeowners Association, Inc. ("Association") with regard to the unpaid assessments and other charges owed on Lot 105, Colony Biltmore Unit III ("Lot/Unit").   Thank you for your recent payment; however, as of the date of this letter, you still owe the Association $1,144.68 in past due assessments, late fees, administrative fees, legal fees and other charges. *See attached ledger.*

Unless this amount is paid on or before 10 days from the receipt of this letter, the Association will pursue its legal remedies against you. Please make your check payable to Colony Biltmore-Greens Homeowners Association, Inc. and send it to the Mulcahy Law Firm, P.C., 3001 East Camelback Road, Suite 130, Phoenix, Arizona 85016.

*Pursuant to 15 U.S.C. Section 1692 E (11), please be advised that this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Sincerely,

Beth Mulcahy
BM:AM
cc:   Colony Biltmore-Greens Homeowners Association, Inc.
Enc.

Exhibit 'B'

**MULCAHY LAW FIRM, P.C.**
3001 E. CAMELBACK ROAD, SUITE 130
PHOENIX, ARIZONA 85016
(602) 241-1093 PHONE / (602) 264-4663 FAX
E-MAIL: bmulcahy@mulcahylaw.net

2012 JAN -9  AM 4: 32

Beth Mulcahy #017005
Kristen L. Rosenbeck #021997
Erin E. McManis #026310
Charlene A. Cruz #026692
*Attorneys for Plaintiff*

### IN THE ARCADIA BILTMORE JUSTICE COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **Colony Biltmore-Greens Homeowners Association, Inc.,**<br><br>             **Plaintiff,**<br><br>      **vs.**<br><br>**Susan H. Grant, a married woman as her sole and separate property; JOHN DOES and JANE DOES I through X; BLACK CORPORATIONS I through X; and WHITE PARTNERSHIPS I through X,**<br><br>             **Defendant(s).** | NO. CC2012-004442 RC<br><br>**COMPLAINT**<br><br><br>**(Breach of Contract)** |

Plaintiff alleges:

1.      Plaintiff, Colony Biltmore-Greens Homeowners Association, Inc. ("Plaintiff"), is an Arizona non-profit corporation, the members of which own property within the planned community known as Colony Biltmore-Greens Homeowners Association, Inc. located within Maricopa County, Arizona.

2.      Defendant(s), Susan H. Grant, a married woman as her sole and separate property ("Defendant(s)"), upon information and belief, resides within Maricopa County, Arizona. Defendant(s) own Lot 105, Colony Biltmore Unit III, according to Book 200 of

Maps, Page 34, records of Maricopa County, Arizona ("Lot/Unit") located at 5301 N 25th Place, Phoenix, AZ  85016.  Said Lot/Unit is within Colony Biltmore-Greens Homeowners Association, Inc., the planned community.

3.     The planned community known as Colony Biltmore-Greens Homeowners Association, Inc. has been fully and properly subject to a     Declaration of Covenants, Conditions and Restrictions recorded with the Maricopa County Recorder's Office ("Declaration").

4.     Pursuant to the Declaration, the owner of each Lot/Unit within Colony Biltmore-Greens Homeowners Association, Inc. must pay to the Association the proportionate share of the expenses of the Association. The payment of said amounts, along with late fees, interest, attorneys' fees and collection costs is the personal obligation of the person(s) who was the owner of the Lot/Unit when the assessment became due.  The Association is entitled to enforce collection of delinquent assessments together with interest, late fees, attorneys' fees and collection costs by bringing an action at law against the owner personally.

5.     Defendant(s), in acquiring the Lot/Unit within Colony Biltmore-Greens Homeowners Association, Inc. took said Lot/Unit subject to the foregoing provisions of the Declaration and consented thereto making said lien a consensual lien.

6.     Despite proper notice and demand, Defendant(s) has failed and refused to pay valid charges and delinquent assessments.  As of this date, Defendant(s) owes the Association $1,670.18 (Assessments & Late Fees $773.00; Legal Fees $897.18). Such amount, being of a continuing nature, may increase and, at trial, the Association will introduce evidence to support such greater amounts, plus interest, late fees, collection costs and attorneys' fees.

7.     Defendant(s) is bound by the Declaration. The Declaration is a contract between the Defendant(s) and the Association. Thus, Defendant(s) breached the contract when failing to pay the assessments owed to the Association.

8.     The Association has filed a Notice and Claim of Lien on the Lot/Unit recorded in Maricopa County, Arizona.

9.     The Association is entitled to obtain a money Judgment for the unpaid assessments, along with late fees, interest, collection costs and attorneys' fees.

10.     Both the Declaration and A.R.S. Section 12-341 authorize the Association to recover its costs incurred in this matter.

11.     Both the Declaration and A.R.S. Section 12-341.01 authorize the Association to recover its attorneys' fees incurred in this matter.

**WHEREFORE**, the Plaintiff respectfully requests that the Court enter Judgment against the Defendant(s) as follows:

A.     That the Court enter Judgment against Defendant(s) for the delinquent assessments, late fees, collection costs, interest, attorneys' fees and costs incurred in this matter, plus interest at a rate of 4.25% until such Judgment is paid;

B.     That the Court reserve jurisdiction to hear, decide and determine any claim for post-judgment attorney's fees and costs; and

C.     That the Court enter such other relief as it deems just and proper.

**RESPECTFULLY SUBMITTED** this ___ day of January, 2012.

*MULCAHY LAW FIRM, P.C.*

By: _____
Beth Mulcahy
Kristen L. Rosenbeck
Erin E. McManis
Charlene A. Cruz
3001 E. Camelback Road, Suite 130
Phoenix, Arizona 85016
Attorneys for Plaintiff

1

**ORIGINAL** of the foregoing filed this
2 _____ day of January, 2012, with:

3 Arcadia Biltmore Justice Court
620 West Jackson Street
4 Phoenix, AZ 85003

5 By:_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28