IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Susan H. Grant, | ) | No. CV-12-1806-PHX-BSB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mulcahy Law Firm, P.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court having received the parties' Stipulation for Dismissal with prejudice,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 19th day of March, 2013.

_____

Bridget S. Bade

United States Magistrate Judge